UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIMO LITTLE BIRD,<br><br>Defendant. | 1:16-CR-10033-CBK<br><br>REPORT AND RECOMMENDATIONS CONCERNING ADMISSIONS TO SUPERVISED RELEASE REVOCATION PETITION |

The above-captioned matter came on before the Court on Tuesday, October 9, 2018, pursuant to the standing order of designation entered by the active District Judges of this District and 18 U.S.C. §3401(i).  Plaintiff, United States of America, appearing through counsel, Troy R. Morley, Assistant United States Attorney, and Defendant, Kimo Little Bird, appeared personally and with his court-appointed counsel, Edward G. Albright, Assistant Federal Public Defender.  Defendant thereafter admitted that he had previously been placed on supervised release, that the allegations set forth in Paragraph 1 of the Petition to Revoke Supervised Release, Docket No. 31, were true and that he had violated the terms and conditions of his supervised release.  After examining Defendant,

the Court found that his admissions were knowingly and voluntarily made and that a factual basis existed for the same. Based on the foregoing, the Court

RECOMMENDS that Defendant's admissions be accepted, that his supervised release be revoked and that a dispositional hearing be held pursuant to 18 U.S.C. §3583(e).

There being no objection from Defendant or counsel, it is hereby

ORDERED that a supplemental presentence investigation report shall be forthwith prepared by the United States Probation Office.

DATED this 9th day of October, 2018.

BY THE COURT:

_____
**MARK A. MORENO**
**UNITED STATES MAGISTRATE JUDGE**